**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| **Broadband iTV, Inc.,**<br><br>      Plaintiff,<br><br>  v.<br><br>**Hawaiian Telcom, Inc.,**<br><br>      Defendant.<br><br>**Broadband iTV, Inc.,**<br><br>      Plaintiff,<br><br>  v.<br><br>**Oceanic Time Warner Cable, LLC, and Time Warner Cable, Inc.,**<br><br>      Defendants. | Civil Nos. 14-00169 ACK-RLP, 15-00131 ACK-RLP |

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO (1) GRANT IN PART AND DENY IN PART DEFENDANT HAWAIIAN TELCOM, INC.'S MOTION FOR TAXATION OF COSTS; AND (2) GRANT IN PART AND DENY IN PART DEFENDANTS OCEANIC TIME WARNER CABLE, LLC AND TIME WARNER CABLE, INC.'S MOTION FOR TAXATION OF COSTS</u>

      Findings and Recommendation having been filed and served on all parties on November 25, 2015, and no objections having been filed by any party,

      IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to (1) Grant in Part and Deny in Part Defendant Hawaiian Telcom, Inc.'s Motion for Taxation of Costs; and (2) Grant in Part and Deny in Part Defendants Oceanic Time Warner Cable, LLC and Time Warner Cable,

Inc.'s Motion for Taxation of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, December 17, 2015.

_____
Alan C. Kay
Sr. United States District Judge

Broadband iTV, Inc. v. Hawaiian Telcom, Inc. et al., Civ. Nos. 14-00169 ACK-RLP, 15-00131 ACK-RLP, Order Adopting Findings and Recommendation to Grant in Part and Deny in Part Defendant Hawaiian Telcom, Inc.'s Motion for Taxation of Costs; and (2) Grant in Part and Deny in Part Defendants Oceanic Time Warner Cable, LLC and Time Warner Cable, Inc.'s Motion for Taxation of Costs.